IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAMSEY RANDALL** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **FOX NEWS & ENTERTAINMENT, INC.** | : | NO. 16-1267 |
| **READING EAGLE NEWSPAPER CO.** | : | |

### ORDER

AND NOW, this 12th day of April, 2016, upon consideration of plaintiff's motion for reconsideration (Document No. 3) and his complaint, it is ORDERED that:

1. The motion for reconsideration is GRANTED to the extent plaintiff seeks *in forma pauperis* status in light of his submission of his prison account statement. The motion for reconsideration is DENIED to the extent plaintiff asks this Court to transfer this civil action to the United States Supreme Court to be combined with his *habeas* proceeding.

2. Leave to proceed *in forma pauperis* is GRANTED.

3. Plaintiff, Ramsey Randall, #15-01167, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by plaintiff, an initial partial filing fee of $0.83 is assessed. The Warden or other appropriate official at the Franklin County Jail or at any other prison at which plaintiff may be incarcerated is directed to deduct $0.83 from plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 16-1267. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the Franklin County Jail or at any other prison at which plaintiff may be incarcerated, shall deduct from plaintiff's account,

each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 16-1267. The Clerk of Court is directed to send a copy of this order to the Warden of the Franklin County Jail

    4.       Plaintiff's federal claims are DISMISSED for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and his state law claims are DISMISSED for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3).

    5.       The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

*Joel Slomsky*
JOEL H. SLOMSKY, J.

4/13/16 mail:
Randall